# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHANDRA CARTER, individually and**
**on behalf of others similarly situated**                                    **PLAINTIFF**

V.                                          4:17CV00459 JM

**PATHFINDER, INC.**                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, this case is hereby dismissed WITH PREJUDICE. The Court will take the Plaintiff's request for attorneys' fees under advisement. A separate Order will be entered addressing fees and costs.

IT IS SO ORDERED this 1st day of July, 2021.

                                                                     James M. Moody Jr.
                                                                     United States District Judge